**DISMISSED and Opinion Filed February 13, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00078-CV

### ADALBERTO SANDOVAL, Appellant
### V.
### COMMUNITY MISSIONARY BAPTIST CHURCH, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-05791**

## MEMORANDUM OPINION
Before Justices Francis, Lang-Miers, and Whitehill
Opinion by Justice Whitehill

Appellant has filed a motion seeking to dismiss the appeal. We grant the motion and

dismiss the appeal. *See* TEX. R. APP. P. P. 42.1(a)(1).


/Bill Whitehill/
BILL WHITEHILL
JUSTICE


170078F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

ADALBERTO SANDOVAL, Appellant

No. 05-17-00078-CV        V.

COMMUNITY MISSIONARY BAPTIST
CHURCH, Appellee

On Appeal from the 101st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-14-05791.
Opinion delivered by Justice Whitehill,
Justices Francis and Lang-Miers
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** appellee Community Missionary Baptist Church recover its costs, if any, of this appeal from appellant Adalberto Sandoval.

Judgment entered this 13th day of February, 2017.